# United States District Court

District of Utah

KRISTINE PATERSON, an individual,
EDWARD SPREEN, an individual,
MCCALL SCADLOCK, an individual,
UTAH ASSOCIATION OF THE DEAF, an
organization, and DOES I–X,

        Plaintiffs,

v.

SK5 WOLVERINE CROSSING, LLC,
an organization, ANDREA AUSTIN, an
individual, JORDAN HANKS, an
individual, and DOES I–X.

        Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:16-CV-1264 TS

IT IS ORDERED AND ADJUDGED

that Defendants' Motion for Summary Judgment is granted and this action is dismissed with prejudice.

May 1, 2018
*Date*

BY THE COURT:

_____
Ted Stewart
United States District Judge