**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker                                                                 Chris Wolpert
Clerk of Court                    September 17, 2018                       Chief Deputy Clerk

D. Mark Jones
United States District Court for the District of Utah
Office of the Clerk
351 South West Temple
Salt Lake City, UT 84101

Kristine Paterson
2078 West Fairway Lane
Orem, UT 84058

McCall Scadlock
1533 North 1180 West
Orem, UT 84057

Edward Spreen
3549 South Mira Loma Street
Salt Lake City, UT 84119

Derek J. Barclay
Law Office of Kirk Cullimore
644 East Union Square
Sandy, UT 84070

**RE:** 18-4080, Paterson, et al v. SK5 Wolverine Crossing, et al
Dist/Ag docket: 2:16-CV-01264-TS

Dear Clerk, Appellants and Counsel:

Please be advised that the court issued an order today dismissing this case.

In addition, please be advised that the mandate for this case has issued today. The clerk of the originating court shall file accordingly.

Please contact this office if you have questions.

Sincerely,

*Elisabeth A. Shumaker*

Elisabeth A. Shumaker
Clerk of the Court

EAS/sls